U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
SEP -6 2018

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN OPEN COURT

### WAIVER OF INDICTMENT

UNITED STATES OF AMERICA

v.          CASE NUMBER: 4:17CR00111-12 JM

MARTIN DREW DEHAVEN

I, MARTIN DREW DEHAVEN, the above named defendant, who is accused of conspiracy to possess with intent to distribute and to distribute a controlled substance (heroin), in violation of Title 21, United States Code, Section 846, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on this 6th day of September, 2018, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MARTIN DREW DEHAVEN
Defendant

_____
ANDREW VESS
Counsel for Defendant

Before _____
JAMES MOODY, JR.
Judicial Officer