Case 4:17-cr-00111-JM   Document 640   Filed 09/06/18

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
SEP - 6 2018
JAMES W. McCORMACK, CLERK
BY: _____
   DEPUTY CLERK
IN OPEN COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
) No. 4:17CR00111-12 JM
v. )
) 21 U.S.C. § 846
MARTIN DREW DEHAVEN )

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From in or about December 2015, through in or about May 2017, in the Eastern District of Arkansas and elsewhere, the defendant,

MARTIN DREW DEHAVEN,

conspired with Aaron Laray Clark, aka "Black," Marlon Shawn Marbley, Sr., aka "Mob," Desmond Kentrell Kelley, and others to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

CODY HILAND
United States Attorney

_____
BY: BENECIA B. MOORE
Bar No. 2006050
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Email: Benecia.Moore@usdoj.gov