IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> Counsel: <u>Benecia Moore</u> | | Judge: James M. Moody Jr. <br> Reporter: K. Baker <br> CRD: Kacie Glenn |
| v. | CASE NO. **<u>4:17cr00111-12 JM</u>** | Date: September 6, 2018 |

**MARTIN DREW DEHAVEN**
Counsel: <u>Andrew Vess</u>

## MINUTES - FELONY WAIVER & PLEA TO INFORMATION

BEGIN: <u>2:00 P.M.</u>

__X__ Court convenes for hearing;

__X__ Defendant present with counsel; defendant sworn;

__X__ Court inquires of defendant regarding understanding of proceedings;

__X__ Court inquires of counsel regarding defendant's competency to proceed;

__X__ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

__X__ Defendant waives right to indictment, which the Court finds is voluntary;

__X__ Defendant signs Waiver of Indictment in open court;

__X__ Waiver of Indictment Filed; __X__ Sup. Information filed; __X__ AUSA reads Information in open court;

__X__ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

__X__ Plea Agreement filed in open court;

__X__ Government states proof for trial;

__X__ Defendant pleads guilty to Count(s) _1_ of Sup. Information; plea accepted by the Court;

__X__ Original Indictment dismissed on motion of the government;

__X__ Sentencing date to be set upon completion of presentence report;


__X__ Indictment dismissed on the motion of the government;


_____ Defendant released on O/R bond;

__X__ Defendant to remain on current conditions of bond pending sentencing;

_____ Defendant remanded to custody of U.S. Marshal pending sentencing.

END: <u>2:25 P.M.</u>