# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                          NO. 4:17-cr-00111-12 JM

MARTIN DREW DEHAVEN                             DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on April 18, 2019 is hereby amended to include the recommendation that the Federal Bureau of Prisons designate Mr. Martin Drew Dehaven to FCI Texarkana, TX or FCI Yazoo City, MS to be near family.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 29th day of April, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE